United States District Court
Middle District of Florida
Jacksonville Division

**CHRISTOPHER M. THOMPSON,**

    *Plaintiff,*

v.                                                           No. 3:14-CV-314-J-32PDB

**MIDLAND CREDIT MANAGEMENT,**

    *Defendant.*

___

# Order

The Court directs the Clerk of Court to remove from the docket document 15, filed by the plaintiff on June 25, 2014. As with other discovery-related documents, initial disclosures should not be filed with the Court unless and until the Court needs them to decide an issue brought to its attention. *See* Local Rule 3.03(d).

**Ordered** in Jacksonville, Florida, on June 30, 2014.

_____
PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:    Counsel of record